UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIMOTHY PEOPLES,<br><br>    Plaintiff,<br><br>    v.<br><br>RAUL MACHUCA, et al.,<br><br>    Defendants. | Case No. 19-cv-05468-YGR (PR)<br><br>**ORDER DENYING PLAINTIFF'S REQUESTS FOR LEAVE TO FILE A SUR-REPLY** |

Before the Court are Plaintiff's requests for leave to file a sur-reply and for an extension of time "to file [his] objection to Defendants['] reply" in support of the pending motion for summary judgment. Dkts. 72, 75. Defendants object to Plaintiff's request for leave to file a sur-reply. Dkt. 74.

First, the Court notes that Plaintiff filed his request for leave to file a sur-reply prior to Defendants filing their reply. *See* Dkts. 72, 73. In any event, Defendants have since filed their reply. Dkt. 73. After Defendants filed their reply, Plaintiff filed his request for an extension of time to file his sur-reply. Dkt. 75. Because the Local Rules do not permit the filing of a response to a reply, *see* Civ. L.R. 7-3(d), the Court liberally construes Plaintiff's pending motions as requests for leave to file a sur-reply. However, Plaintiff has not shown, nor is there any indication in the record, that a sur-reply is either necessary or appropriate. Accordingly, Plaintiff's requests are DENIED. Dkt. 72, 75.

This Order terminates Docket No. 72 and 75.

IT IS SO ORDERED.

Dated: August 10, 2021

_____
JUDGE YVONNE GONZALEZ ROGERS
United States District Judge