1

2

3

4                      UNITED STATES DISTRICT COURT

5                    NORTHERN DISTRICT OF CALIFORNIA

6

7    TIMOTHY PEOPLES,                          Case No. 19-cv-05468-RMI

            Plaintiff,
8
                                               **ORDER DENYING MOTION FOR**
9        v.                                    **RECONSIDERATION**

10   RAUL MACHUCA, et al.,                      Re: Dkt. No. 151

            Defendants.
11

12

13          Plaintiff, a state prisoner, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. On

14   August 23, 2024, Plaintiff filed a motion to withdraw consent to the jurisdiction of a Magistrate

15   Judge. (dkt. 143). The motion was referred to the general duty district judge for resolution (dkt.

16   147) and on September 25, 2024, the motion was denied (dkt. 149). On October 11, 2024, Plaintiff

17   filed a motion for reconsideration. (dkt. 151, 152).

18          Northern District of California Local Rule 7-9 permits the filing of a reconsideration

19   request only with respect to interlocutory orders made in a case prior to the entry of final

20   judgment. *See* Civil L.R. 7-9(a). No pre-judgment motion for reconsideration under Local Rule 7-

21   9 may be brought without leave of court. *Id*. The moving party must specifically show: (1) that at

22   the time of the motion for leave, a material difference in fact or law exists from that which was

23   presented to the court before entry of the interlocutory order for which the reconsideration is

24   sought, and that in the exercise of reasonable diligence the party applying for reconsideration did

25   not know such fact or law at the time of the interlocutory order; or (2) the emergence of new

26   material facts or a change of law occurring after the time of such order; or (3) a manifest failure by

27   the court to consider material facts which were presented to the court before such interlocutory

28   order. *See* Civil L.R. 7-9(b).

United States District Court
Northern District of California

1         Plaintiff has not sought leave to file a motion for reconsideration. Even looking to the

2    merits of the motion, it should be denied. Plaintiff repeats the same arguments from his original

3    motion to withdraw consent and has not demonstrated that any of the factors above are met to

4    warrant reconsideration. The motion for reconsideration (dkt. 151) is **DENIED**.

5         **IT IS SO ORDERED.**

6    Dated: November 18, 2024

7

8    _____

9    ROBERT M. ILLMAN
    United States Magistrate Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California